UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cr-20425-BLOOM

UUNITED STATES OF AMERICA,

v.

ERIC JAMES RENNERT,

    Defendant.
_____/

**ORDER OF RECUSAL**

    The undersigned judge, to whom the above-styled cause was assigned, recuses herself and refers the case to the Clerk of Court for reassignment in accordance with 28 U.S.C. § 455 for permanent reassignment to another judge in accordance with the blind assignment system. Any scheduled hearings before the undersigned are **CANCELED.**

    **DONE AND ORDERED** in Chambers at Miami, Florida, on November 1, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record