UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20425-WFJG

UNITED STATES OF AMERICA,
    Plaintiff,
v.

ERIC JAMES RENNART,
    Defendant.
_____/

## MODIFIED ORDER TO U.S. MARSHAL

THIS CAUSE having come before the Court on Defendant Eric James Rennart's *Unopposed Motion to Modify Order to U.S. Marshal* [ECF No. 28], the Government having no objection, and the Court being fully advised in the premises, it is hereby **ORDERED** that Defendant's motion is **GRANTED**.

This Court's November 13, 2024 *Order to U.S. Marshall* [ECF No. 23] is hereby modified to allow the USMS to house Mr. Rennert at FDC Miami until such time as Mr. Rennert's physical presence is required in court in Fort Pierce.

**DONE AND ORDERED** in chambers at Tampa Florida, this 22nd day of November, 2024.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE