UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CR-20425-BLOOM

UNITED STATES OF AMERICA

v.

ERIC JAMES RENNERT

## NOTICE OF APPEARANCE

The United States of America, by Markenzy Lapointe, United States Attorney for the Southern District of Florida, files this Notice of Appearance of the undersigned as co-counsel for the United States in the above-captioned case.

        Respectfully submitted,

        **MARKENZY LAPOINTE**
        **UNITED STATES ATTORNEY**

By: */s/ Joseph H. Wheeler, III*
     Joseph H. Wheeler, III
     Special Assistant United States Attorney
     Florida Bar No. 87451
     400 N. Tampa St., Ste. 3200
     Tampa, FL 33602-4798
     Telephone: (813) 274-6000
     Facsimile: (813) 274-6358
     E-mail: Joseph.Wheeler2@usdoj.gov

U.S. v. Rennert                                    Case No. 1:24-CR-20425-BLOOM

# CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Robert William Stickney, Esq.

                              By:  */s/ Joseph H. Wheeler, III*
                                     Joseph H. Wheeler, III
                                     Special Assistant United States Attorney
                                     Florida Bar No. 87451
                                     400 N. Tampa St., Ste. 3200
                                     Tampa, FL 33602-4798
                                     Telephone: (813) 274-6000
                                     Facsimile: (813) 274-6358
                                     E-mail: Joseph.Wheeler2@usdoj.gov