UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20425-WFJG

UNITED STATES OF AMERICA,
    Plaintiff,
v.

ERIC JAMES RENNERT,
    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant ERIC JAMES RENNART, through counsel, hereby moves this Honorable Court to continue trial in this matter for sixty (60) days. Mr. Rennert offers the following as grounds in support of this motion.

1. On September 25, 2024, a federal grand jury sitting in the Southern District of Florida returned an Indictment charging Mr. Rennert with three counts of interstate transmission of threats, in violation of 18 U.S.C. Section 875(c), and three counts of threatening to assault, kidnap, and murder a United States Judge, in violation of 18 U.S.C. Section 115(a)(1)(B). ECF No. 3.

2. On October 30, 2024, Mr. Rennert made his Initial Appearance in the Southern District of Florida before the Honorable Chief United States Magistrate Judge Edwin G. Torres, at which time the Court appointed the Federal Public Defender to represent Mr. Rennert. ECF Nos. 10, 11.

3. On October 4, 2024, the United States District Judge originally assigned to this case entered an Order of recusal. ECF No. 16.

1

4. On October 5, 2024, the U.S. Eleventh Circuit Court of Appeals appointed the Honorable United States District Judge William F. Jung to the instant case. ECF No. 17.

5. On November 13, 2024, this Honorable Court held a status conference in this matter, granted the Federal Public Defender's *Motion to Withdraw as Attorney* [ECF No. 21], and appointed the undersigned to represent Mr. Rennert pursuant to the Criminal Justice Act. ECF Nos. 22, 23.

6. On April 10, 2025, following a telephonic status conference, the Honorable United States District Judge William F. Jung granted Mr. Rennert's oral motion to continue, and entered a Paperless Order setting this matter for trial during the Court's August 2025 Trial Term commencing August 4, 2025. ECF Nos. 44, 45.

7. The parties are continuing to negotiate the terms of a possible plea agreement to resolve the charges against Mr. Rennert, and it is anticipated that this matter will resolve by way of plea. Counsel is also continuing to prepare this case for trial in the event that plea negotiations fail to result in a plea offer from the Government.

8. Mr. Rennert respectfully requests a sixty (60) day trial continuance, to the Court's October 2025 Trial Term. A trial continuance will allow Mr. Rennert to continue to: analyze potential defenses to the charged conduct; further review the Government's discovery; and to advance plea negotiations.

9. The Government has informed counsel that they intend to seek approval of a plea agreement within the U.S. Attorney's Office, and to contact the victim regarding resolution of this matter by way of a negotiated plea agreement.

10. The Government does not oppose this motion.

11. On July 9, 2025, counsel met with Mr. Rennert and advised him of his speedy trial rights. Mr. Rennert hereby waives his right to a speedy trial for the duration of any continuance that this Honorable Court grants pursuant to the instant motion.

12. Pursuant to 18 U.S.C. § 3161(h)(7), continuing trial in this matter serves the interests of justice and outweighs the interests of the parties and the public in a speedy trial.

13. Pursuant to 18 U.S.C. § 3161(h)(1)(D), the instant motion tolls the time in which trial for the instant offense must commence.

WHEREFORE, Defendant ERIC JAMES RENNART respectfully requests that this Honorable Court continue trial in this matter for sixty (60) days.

Respectfully submitted,

**Robert W. Stickney**
Robert W. Stickney / Fla. Bar No. 883130
Counsel for Defendant
100 S.E. 3rd Avenue, Suite 2210
Fort Lauderdale, Florida 33394
Ph: (954) 767-8908 /E-mail: rws@stickneylaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed by CM/ECF this 9th day of July 2025.

Respectfully submitted,

**Robert W. Stickney**
Robert W. Stickney / Fla. Bar No. 883130
Counsel for Defendant
One Financial Plaza
100 S.E. 3rd Avenue, Suite 2210
Fort Lauderdale, Florida 33394
Ph: (954) 767-8908 / E-mail:  rws@stickneylaw.com