UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20425-WFJG

UNITED STATES OF AMERICA

v.

ERIC JAMES RENNERT

              **Defendant.**

_____/

## FACTUAL PROFFER

The United States Attorney's Office for the Southern District of Florida ("this Office") and Eric James Rennert (hereinafter referred to as the "Defendant" or "RENNERT") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

During 2024, RENNERT became interested in news coverage of a particular criminal case pending before a United States District Court Judge in the Southern District of Florida (hereinafter "UNITED STATES DISTRICT JUDGE 1"). RENNERT disagreed with rulings made by UNITED STATES DISTRICT JUDGE 1 and the official actions that the judge was taking in the case. As RENNERT became more and more frustrated with UNITED STATES DISTRICT JUDGE 1's performance of her official duties in this case, he began to search out information about the judge.

RENNERT searched online for information, not only about the case that had piqued his interest, but also personal information about UNITED STATES DISTRICT JUDGE 1 and the judge's actions. For instance, a search of RENNERT's laptop, conducted pursuant to a valid search warrant, revealed that RENNERT had bookmarked the following pages on his Google Chrome Internet Browser, allowing him to repeatedly return to these internet web pages quickly

1

and easily:

1. A Wikipedia Page about UNITED STATES DISTRICT JUDGE 1;

2. A Yahoo Search Engine search for "list of ways [UNITED STATES DISTRICT JUDGE 1] has stalled the [] case against [];"

3. A Yahoo Search Engine search for "[UNITED STATES DISTRICT JUDGE 1] biography;"

4. A Yahoo Search Engine search for "what did [UNITED STATES DISTRICT JUDGE 1] do today."

RENNERT became more and more frustrated with and angry at UNITED STATES DISTRICT JUDGE 1. RENNERT, intending to impede, intimidate and interfere with UNITED STATES DISTRICT JUDGE 1 in the performance of official duties, and to retaliate against UNITED STATES DISTRICT JUDGE 1 for the performance of those official duties, sent a series of threatening emails, as described in further detail below.

On Saturday, May 25, 2024, RENNERT sent an email from his personal email account to UNITED STATES DISTRICT JUDGE 1's personal email address. Within that email, RENNERT included the following threats,

*"What about those upcoming [ ]Elections? What will happen to you and your family?[...]I will see to it personally that you and your family are hunted down for the traitorous scum that you are and executed publicly."*

On Tuesday, May 28, 2024, RENNERT sent an email from his email account. He mistakenly sent this email, not to UNITED STATES DISTRICT JUDGE 1, but rather to the personal email address of a professor that has the same name. Apparently realizing his mistake, approximately 4 minutes later, on Tuesday, May 28, 2024, RENNERT forwarded this same email from his email account to UNITED STATES DISTRICT JUDGE 1's personal email address.

2

Within that email, RENNERT included the following threats,

*"Now, if [ ] wins I will personally hunt you down, hog tie your ginormous ass up and deliver you to the proper authorities. There you will be charged for treason and sentenced to death. At your public execution, broadcast live for the world to see, I will be laughing at you and the rest of the world will too. [...] DIE BITCH DIE."*

On Tuesday, June 25, 2024, RENNERT sent an email from his email account to UNITED STATES DISTRICT JUDGE 1's personal email address. Within that email, RENNERT included the following threats,

*"Anyway, stop wasting our time and money, you're still a steaming pile of shit. When this is all over in [ ], no matter what you are fucked. Either [ ] and [ ] will get you or the [ ] will. That is if street justice doesn't kill you first."*

Finally, on Wednesday, July 24, 2024, RENNERT sent an email from his email account to UNITED STATES DISTRICT JUDGE 1's personal email address. Within that email, whose subject was "your going down," RENNERT included the following threats,

*"The last fifteen seconds of your life will be seeing my fat ass taking a shit down your throat. [...] I can't wait to see you die bitch. Then justice will be served."*

UNITED STATES DISTRICT JUDGE 1 notified the United States Marshals Service to report these emails.

On August 14, 2024, RENNERT was interviewed by law enforcement. RENNERT told law enforcement that he had sent the above-referenced emails, that he did not have the means to carry out his threats, but that he would like to.

At the time that he sent the emails on May 25, 2024, May 28, 2024, and July 24, 2024, RENNERT had the intent to communicate a true threat to murder, assault, and kidnap UNITED STATES DISTRICT JUDGE 1 and knew that the emails would be viewed as a true threat.

The United States and the Defendant agree that the Defendant made threats on May 25, 2024, May 28, 2024, and July 24, 2024, with the intent to impede, intimidate, interfere

with, or retaliate against UNITED STATES DISTRICT JUDGE 1. The United States and the Defendant also agree that the threats were made while UNITED STATES DISTRICT JUDGE 1 was engaged in or on account of the performance of UNITED STATES DISTRICT JUDGE 1's official duties.

The United States and the Defendant also agree that these facts, which do not include all of the facts known to the government and the Defendant, are sufficient to prove the guilt of the Defendant as to the crimes of Influencing, Impeding, or Retaliating against a Federal Official by Threatening, in violation of 18 U.S.C. § 115(a)(1)(B), as charged in Counts 2, 4, and 6 of the Indictment.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 10-24-25    By: _____
ELENA SMUKLER
ASSISTANT UNITED STATES ATTORNEY

Date: October 24, 2025    By: _____
ROBERT STICKNEY
ATTORNEY FOR DEFENDANT

Date: October 24, 2025    By: _____
ERIC JAMES RENNERT
DEFENDANT