UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cr-20425-wfgj

UNITED STATES OF AMERICA

v.

ERIC JAMES RENNERT,

Defendant.

_____/

**UNITED STATES' SENTENCING MEMORANDUM**

Based on the vulgar, violent and repeated threats sent by the defendant amidst the significant increase in threats against federal judges, and, more generally, against federal officials, and the serious and urgent need for deterrence, the United States respectfully requests that the Court sentence the defendant, Eric James Rennert, to a meaningful term of imprisonment. A sentence of 33 months, within the Sentencing Guidelines range of 27-33 months, is sufficient, but not greater than necessary, to achieve the goals of sentencing and to provide adequate deterrence against future criminal conduct.

I. **BACKGROUND**

a. **Facts**

During 2024, Rennert became interested in news coverage of a particular criminal case pending before UNITED STATES DISTRICT JUDGE 1, in the Southern District of Florida. PSR ¶ 9. Rennert disagreed with rulings made by UNITED STATES DISTRICT JUDGE 1 and the official actions that the judge was taking in the case. Rennert searched out information about

UNITED STATES DISTRICT JUDGE 1 and eventually started sending a series of threatening emails to the judge. *Id*. ¶ 11. The four emails are transcribed as follows:

Saturday, May 25, 2024

    *Subject: Your Honor*

    *Judge* [UNITED STATES DISTRICT JUDGE 1] *you really need to stop what you are letting, (a CRIMINAL DEFENDANT, in YOUR COURTROOM), donald trump do to America and ALL of its people. By consistently aiding the defendant in their efforts to postpone a swift and speedy trial till after the 2024 Presidential Elections you have destroyed the democracy of this Republic.*
    *What about those upcoming 2024 Presidential Elections? What will happen to you and your family?*
    *Because, no matter who wins, you will be the subject of their biggest "stupidest human" jokes along with your family and your closest friends.You"ll surpass Giuliani, Lindell and McConnell. You and your family will have to leave the country. Why do you ask? One of two reasons*
    *First reason: Authoritarians (donald trump) DO NOT LIKE JUDGES in their form of government. You and your family will die by his orders.  Sorry NO WITNESSES*
    *Reason number two(2): If president Joe Biden wins, I will see to it personally that you and your family are hunted down for the traitorous scum that you are and executed publicly. After a swift, speedy and fair trial, of course.     Irony right, who knew?*
     *By the way, why did donald trump tap you to be the federal judge of the UNITED STATES District Court for the Southern District of Florida? Obviously not for your honorable conduct in the past. Or was it? Perhaps he knew you would give him a blow job for the appointment as a federal judge? You do look like that fat ass bitch Lauren Boebart. NO!!! He didn't ask you for a hummer?   O DAMN!!! Your not donald trumps type!!!    That means that the most disgusting and ugliest human being ever, finds you unattractive.   O FUCK!!!  You should kill yourself.*
    *Remember this memorial day salutes the men and women who fought and died for the freedoms and rights you enjoy today. If donald trump wins in November you won't have any of that anymore .*

*Id*. ¶ 12.

Tuesday, May 28, 2024

    *Hey you stupid bitch What the fuck are you doing? I hope trump kills you right after the election. I know your dead meat. win or lose trump will kill you. you don't seem to believe in any kind of justice or accountability according to the laws of the land. you make up procedures that don't exist. that is going to fucking bite off that big fat ass of yours SOON. My Email to you, that I sent this past Saturday, said after the upcoming election you need to leave the country. It's true, because you only have two choice if you stay. Win or lose trump is going to kill you and your family. That is a fact. Now, if PRESIDENT JOE BIDEN wins I will personally hunt you down, hog*

*tie your ginormous ass up and deliver you to the proper authorities. There you will be charged for treason and sentenced to death. At your public execution, broadcast live for the world to see, I will be laughing at you and the rest of the world will too. You will be the brunt of some many "dumbest bitch ever" jokes. Your Family OMG, what does the future hold for them when trump loses. Endless endless belittling, constant badgering, finger pointing, name calling and eventually suicide because of the shame of carrying your name.* [Last Name of UNITED STATES DISTRICT JUDGE 1] *will always be the name of a traitor in this country. At least if trump kills you , and he will, your name won't be remembered for anything ever. Your name won't even be mentioned in history books if trump wins, because, trumps followers are to uneducated to spell it out.*

    DIE BITCH DIE

*Id*. ¶ 13.

Tuesday, June 25, 2024

    *Subject: Not your Mom's America*

    *You stupid fucking bitch. You heard arguments today by both the defense and prosecution about dismissing the "Mar-a-lago Classified Documents" case. May I ask why? The evidence is obvious. New evidence surfaced today. Why are you wasting America's time and money?*
    *If you're mad at me for the way I addressed you, so what. You deserve nothing in the form of any respect. You have NO honor.*
    *Your Mom is probably pissed off at you, for supporting the exact form of government she fled when she left Cuba. I will admit your dad being from Indiana has KKK all over it. Moving to Florida, the meth, cocaine and fentanyl capital of the U.S., probably didn't help. You folks down there are to fucked up from all the drug abuse you all do to make any sound decisions*
    *Is your Mom a legal immigrant? If trump wins she will be deported. Maga don't like immigrants, legal, alive or otherwise*
    *Anyway, stop wasting our time and money, you're still a steaming pile of shit.When this is all over in November, no matter what you are fucked. Either trump and maga will get you or the DOJ will. That is if street justice doesn't kill you first.*

    *Toodles*

*Id*. ¶ 14.

Wednesday, July 24, 2024

> *Subject: your going down*
>
> *Hey you old bag, you filthy hag, you slippery slimy slut. You got fungus growing between your toes and STDs crawling out your butt. No real man wants to climb in between those smelly slimy scaly legs or suck on your bacteria infested tits. We would rather drink a gallon of buzzard puke and miserably die from the drizzling shits.*
> *I hear the 11th dist. court of appeals is going to replace you based on your judicial misconduct.*
> *That means, between the time trump loses in November and Kamala swearing in as the next President of these United States, your head could be on the chopping block. The last fifteen seconds of your life will be seeing my fat ass taking a shit down your throat.*
> *You should of stayed in Colombia you fucking immigrant.          You come to this country that offers freedom and vision to all its people. Then you hide behind the rights and privileges represented by the American flag to instill the hate, racism and bigotry of another.*
> *If you are not a native of this land or an African brought here against their will you have NO RIGHTS to any of the land you are currently resting your bulbas ass on. I can't wait to see you die bitch. Then justice will be served.*

*Id*. ¶ 15.

Each of these emails was sent to UNITED STATES DISTRICT JUDGE 1's personal, rather than official, email address. The May 28, 2024 email was initially sent to a professor who has the same name as UNITED STATES DISTRICT JUDGE 1, and then approximately 4 minutes later was forwarded to UNITED STATES DISTRICT JUDGE 1. *Id.* ¶ 13.

UNITED STATES DISTRICT JUDGE 1 notified the United States Marshals Service (USMS) upon receipt of the emails and the Federal Bureau of Investigation (FBI) aided in the investigation. *Id*. ¶ 16.

Rennert was identified and interviewed, admitting that he had sent the threatening emails. *Id*. ¶ 17. A search of Rennert's laptop, conducted pursuant to a valid search warrant, revealed that Rennert had bookmarked the following pages on his Google Chrome Internet Browser, allowing him to repeatedly return to these internet web pages quickly and easily:

4

1. A Wikipedia Page about UNITED STATES DISTRICT JUDGE 1;
2. A Yahoo Search Engine search for "list of ways [UNITED STATES DISTRICT JUDGE 1] has stalled the documents case against trump;"
3. A Yahoo Search Engine search for "[UNITED STATES DISTRICT JUDGE 1] biography;"
4. A Yahoo Search Engine search for "what did [UNITED STATES DISTRICT JUDGE 1] do today." *Id*. ¶ 10.

b. **Procedural History**

On September 25, 2024, a Grand Jury in Miami, Florida indicted the defendant on six counts related to the threatening emails: three counts of Interstate Transmission of a Threat to Injure, in violation of 18 U.S.C. §875(c), and three counts of Influencing, Impeding and Retaliating against a Federal Official in violation of 18 U.S.C. §115(a)(1)(B). Doc. 3.

The defendant was arrested on October 3, 2024 in the Central District of Illinois and Rule 5 proceedings were held the same day. *Id*. The defendant was arraigned on October 30, 2024 in the Southern District of Florida. Doc. 14.

On November 4, 2024, the assigned United States District Judge recused herself from the case. Doc. 16. On the following day, the Eleventh Circuit Court of Appeals assigned an out-of-district judge, United States District Judge Jung, to this case. Doc. 17.

On October 24, 2025, Rennert pleaded guilty and was adjudged guilty as to Counts 2, 4, and 6 of the indictment. Doc. 58.

The Probation Officer has determined that the appropriate sentencing guideline range is 27 to 33 months, based on an adjusted total offense level of 17 and a criminal history category of II. PSR ¶ 108.

## II. SECTION 3553(a) FACTORS

In sentencing the defendant, the Court must take into account the factors set forth in 18 U.S.C. § 3553(a), as follows:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed—
  (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
  (B) to afford adequate deterrence to criminal conduct;
  (C) to protect the public from further crimes of the defendant; and
  (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the kinds of sentence and the sentencing range established for—
  (A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines—
    (I) issued by the Sentencing Commission ….; and
    (II) that, ... are in effect on the date the defendant is sentenced; …

(5) any pertinent policy statement—
  (A) issued by the Sentencing Commission … and
  (B) that, ... is in effect on the date the defendant is sentenced.

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

18 U.S.C. § 3553(a).

## III. SENTENCING ARGUMENT

The defendant's criminal conduct in this case represents an affront to the judicial system. The defendant's choice to threaten violence when confronted by a ruling with which he disagreed, shows a lack of self-control and a lack of respect, not just for the rulings issued by a U.S. District Judge, but, for the rule of law, more generally.

In this case, it is particularly crucial that the sentence imposed "reflect[s] the seriousness of" the offense and "afford[s] adequate deterrence to criminal conduct." 18 U.S.C. §§ 3552(a)(2)(A), (B).

This case is much more serious than some other threats cases in which the perpetrators post threats on social media or add their threats into comments on articles about judicial decisions. In this case, the defendant went to the trouble to find UNITED STATES DISTRICT JUDGE 1's personal, not official, email address, and then to send the threats directly to his victim. It is clear that his decision to threaten was not based on a desire to show off to others on social media. Rather, he wanted to make sure that his victim received his threats directly, while he also demonstrated his ability to obtain the judge's personal information.

Threats, such as the ones in this case, are crimes of violence,[1] and fall well outside the bounds of the First Amendment. When he sent these threats, "all the harms that have long made threats unprotected naturally follow. True threats subject individuals to 'fear of violence' and to the many kinds of 'disruption that fear engenders.'"[2]

In order to properly evaluate the need for both specific and general deterrence, it is important to consider the context in which these threats were sent. At the time these threats were sent, the federal judiciary had experienced a meteoric rise in threats. On February 14, 2024, just a few months before the defendant committed these offenses, the U.S. Marshals Service Director, Ronald Davis, testified before a United States House Judiciary Subcommittee. During his statement, Director Davis explained that,

> The number of verified threats against federal judges has doubled in the last three years. We are currently facilitating more protective details to fulfill our obligations than we have in recent history, and the increase is impacting other important work

---

[1] 18 U.S.C. § 16.
[2] *Counterman v. Colorado*, 600 U.S. 66, 74 (2023) (citing *Virginia v. Black*, 538 U.S. 343, 360 (2003)).

7

across the agency. The likely outlook of potential threats and violence in the United States suggests a worsening trend.[3]

The country is becoming more ideologically divided. As a result, many judicial opinions are viewed as more controversial from one point of view or another, often simply because some individuals do not like the result. Rather than criticize the court opinions with which they disagree, Americans are becoming more likely to criticize the judges who authored them. Unfortunately, this criticism often crosses the First Amendment line and leads to true threats of violence such as the ones in this case. The rise in threats against federal officials over the last few years risks the possibility that threatening language and actions will become normalized.

Unsurprisingly, this rise in threats to the judiciary was accompanied by a rise in acts of violence committed on judges and their family members. In his 2024 Year End Report on the Federal Judiciary, Chief Justice Roberts outlined this rise, the history of violence to members of the judiciary, and the stark change in its frequency in recent years.[4]

When frustration or anger over judicial opinions becomes strong enough to motivate Americans to desire to threaten violence against federal judicial officials, they must be deterred from doing so. "You cannot have a functioning independent judiciary if the physical security of judges and their families is at risk."[5]

The new threat landscape has caused public officials to change the way they perform their duties and has had an impact on individuals' willingness to perform public service.[6] The

---

[3] Oversight of the U.S. Marshals Service: Hearing before U.S. House of Rep. Comm. on the Judiciary, Subcomm. on Crime and Fed. Gov't Surveillance 118 Cong. (2024) (Statement of Ronald Davis, Director, U.S. Marshals Service).
[4] C.J. John G. Roberts, Jr., *2024 Year End Report on the Federal Judiciary* 5, U.S. CTS. (Dec. 31, 2024), available at: https://www.supremecourt.gov/publicinfo/year-end/2024year-endreport.pdf
[5] Judge Timothy Corrigan, then Chief U.S. District Judge, Middle District of Florida, quoted in *Federal Judges Grapple with Escalating Threats*, FLA. BAR p. 7, July 2024.
[6] *See*, *'We'll See You at Your House': How Fear and Menace are Transforming Politics*, Danny Hakim, Ken Bensinger, and Eileen Sullivan, NEW YORK TIMES, May 19, 2024, available at: https://www.nytimes.com/2024/05/19/us/politics/political-violence.html

defendant's threat against a sitting federal judge was based on the performance of the judge's official duties. This striking example of disrespect and contempt toward judicial authority requires an appropriate sanction as punishment.

Respect for the rule of law is necessary for a proper separation of powers, which is the cornerstone of our Republic. "When you start to delegitimize the validity of an institution, then people do not believe that the rulings of those institutions are determinative of the issues before them."[7]

The effective functioning of the United States requires a respect for, and adherence to, the rule of law. Without it, the government is unable to "establish Justice, insure domestic Tranquility," or "promote the general Welfare,"—three of the six objectives outlined in the preamble to the U.S. Constitution.[8]

The serious nature of the defendant's violent threats against a federal judge and the judge's family cries out for a meaningful sentence of imprisonment to afford effective general deterrence. The public needs to recognize that threatening government officials will result in a serious sentence of imprisonment.

## IV.   CONCLUSION

The defendant's threat against a United States District Judge and that judge's family was based on the performance of the judge's official duties. This striking example of disrespect and contempt toward judicial authority, and toward the rule of law more broadly, requires an appropriate sanction as punishment. A sentence of 33 months is sufficient, but not greater than

---

[7] David F. Levi, et al., *Judges Under Siege: Threats, Disinformation, and the Decline of Public Trust in the Judiciary*, 108 Judicature 8 (2024), available at:
https://judicature.duke.edu/wp-content/uploads/sites/3/2024/12/JudgesUnderSiege_Vol108No2.pdf
[8] U.S. CONST., Preamble.

necessary to achieve the goals of sentencing, including the need to provide adequate deterrence against future criminal conduct.

                                        Respectfully submitted,

                                        JASON A. REDING QUIÑONES
                                        United States Attorney

By:    */s/ Joseph H. Wheeler, III*
        Joseph H. Wheeler, III
        Special Assistant United States Attorney
        Court No. A5503046
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Joseph.Wheeler2@usdoj.gov